United States District Court
Southern District of Texas
**ENTERED**
August 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIAN LOPEZ, JR, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-1579 |
| AMERITEX MOVERS, INC., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 25th day of August, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE